# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cv-00337-FDW

| | |
|---|---|
| KAREEM LOCKE, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| GEORGE SOLOMON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on periodic status review.

Pro se Plaintiff Kareem Locke filed this action pursuant to 42 U.S.C § 1983. (Doc. No. 1.) The Complaint passed initial review on claims against Defendants Hatley, Horne, and Carver. (Initial Rev. Order, Doc. No. 7.) Plaintiff prepared summonses and the U.S. Marshals Service attempted service, however, the summons for Defendant Horne was returned unexecuted. (Doc. No. 12.)

The Court recently enacted Local Civil Rule 4.3 which sets forth a procedure for the North Carolina Department of Public Safety ("NC DPS") to waive service of process for current and former employees in actions filed by North Carolina State prisoners. See LCivR 4.3. The Court will order the Clerk of Court to commence the procedure for waiver of service as set forth in Local Civil Rule 4.3 for Defendant Horne, a current or former employee of NC DPS.

**IT IS THEREFORE ORDERED** that:

1. The Clerk of Court shall commence the procedure for waiver of service as set forth in Local Rule 4.3 for **Defendant Samantha Horne,** who is a current or former employee of NC DPS.

1

2. The Clerk is respectfully instructed to mail a copy of this Order to the Plaintiff, Kareem Locke, and to the U.S. Marshals Service.

**SO ORDERED.**

Signed: April 25, 2018

Frank D. Whitney
Chief United States District Judge